IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Dennis L. Schmirler

    Plaintiff,

v.

Hon. David J. Kappos,
In his official capacity as
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

    Defendant.

Case No. 10-cv-00144-LA

ORDER TO SUPPLEMENT THE
CERTIFIED ADMINISTRATIVE RECORD

Upon consideration of the parties' Stipulated Motion to Supplement the Certified Administrative Record, filed on May 31, 2011, (the "Stipulated Motion") said Motion is GRANTED. It is hereby ORDERED that the certified administrative record (DKT. 10) is supplemented to include the nine pages submitted as Exhibit A to the Stipulated Motion.

IT IS SO ORDERED.

On this 1st day of June 2011.      /s_____
    U.S. District Judge Lynn Adelman
    U.S. District Court for the
    Eastern District of Wisconsin